UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

5:24-cr-00200-D-BM-8

v.

RAUL RAMIREZ

    Defendant.
_____/

ORDER ON MOTION TO SEAL

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that the First Motion to Continue Sentencing (D.E. 399) filed with this Court on November 17, 2025, in the above-captioned case be sealed.

SO ORDERED this __18__ day of __November__, 2025.

_____
James C. Dever III
UNITED STATES DISTRICT COURT JUDGE