UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

                                                5:24-cr-00200-D-BM-8

        Plaintiff,

v.

RAUL RAMIREZ

        Defendant.

_____/

## ORDER ON MOTION TO SEAL

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that

the Third Motion to Continue Sentencing (D.E.423) filed with this Court on March 19th, 2026, in

the above-captioned case be sealed.

SO ORDERED this __20__ day of March, 2026.


_____

James C. Dever III
UNITED STATES DISTRICT COURT JUDGE