UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,

5:24-cr-00200-D-BM-8

Plaintiff,

v.

RAUL RAMIREZ

Defendant.

_________________________________/

ORDER ON MOTION TO SEAL

Upon motion of the Defendant and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum (D.E. 495) filed with this Court on August 18, 2026, in the above-captioned case be sealed.

SO ORDERED this __20__ day of __August____, 2026.

James C. Dever, III
UNITED STATES DISTRICT COURT JUDGE